■ ALBERT CACACE, Respondent, v ROBERT McGUIRE, as Police Commissioner of the City of New York, Appellant.—Judgment Supreme Court, New York County, entered on September 29, 1978, unanimously reversed, on the law, and vacated, and the petition dismissed on the authority of *Hochreich v Codd* (68 AD2d 424). Appellant shall recover of petitioner-respondent $75 costs and disbursements of this appeal. No opinion. Concur—Bloom, J. P., Markewich, Silverman and Ross, JJ.